**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
ANA VENTURA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ARROW UPHOLSTERY LLC; EARL ATTMAN, JR.; and DOES 1 to 10,<br><br>        Defendants. | **Case No.:  2:23-cv-08914 MWF (PDx)**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ANA VENTURA and Defendant EARL ATTMAN, JR. stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety.  The parties shall each bear their own attorney's fees and costs.

Respectfully submitted,

DATED:  April 19, 2024 SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: April 19, 2024

By: */s/ Adolfo B. Garber*
Adolfo B. Garber, Esq.
Attorneys for Defendant,
EARL ATTMAN, JR.

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 19, 2024           By: */s/ Jason J. Kim*
                                 Jason J. Kim

1
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE